IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-51104
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VALERIE MARIE TORREZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-98-CR-302-All-DB
- - - - - - - - - -

June 28, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Valerie Marie Torrez appeals her conviction for importation of, and possession with the intent to distribute, marijuana. She contends solely that the evidence was insufficient to establish that she knew that marijuana was hidden in her vehicle. We have reviewed the record and the briefs of the parties and hold that the evidence was sufficient for a reasonable jury to find Torrez guilty beyond a reasonable doubt. United States v. Anchondo-Sandoval, 910 F.2d 1234, 1236-37 (5th Cir. 1990).

AFFIRMED.

_____

        *  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.